IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CV-112-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| TERRY H. TURBEVILLE, | : |
| Defendants. | : |

ORDER

For good cause being shown upon the request of the parties, it is hereby ORDERED THAT

Magistrate Judge David Daniel is appointed to conduct a court hosted settlement conference.

IT IS FURTHER ORDERED that the conference be held prior to the final pre-trial in this case.

So ORDERED this 16th day of March, 2012.

LOUISE W. FLANAGAN
United States District Judge