UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIC A ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:11-cv-112-FL |
| ) | |
| TERRY H. TURBEVILLE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 31, 2012, and by consent to entry of judgment of the parties noted therein, judgment is entered against Terry H. Turbeville, in the amount of $232,000, plus interest at a rate of 4% per annum, and other costs as provided by statute in the event the defendant defaults on his obligations under the terms of the Settlement Agreement.

**This Judgment Filed and Entered on August 31, 2012, and Copies To:**
Neal Fowler (via CM/ECF Notice of Electronic Filing)

August 31, 2012          JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk